Douglas C Emhoff (SBN 151049)
Email: demhoff@venable.com
Tamany Vinson Bentz (SBN 258600)
Email: tbentz@venable.com
Schuyler B. Sorosky (Cal Bar No. 265367)
Email: sbsorosky@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., a California corporation,<br><br>                              Plaintiff,<br><br>             v.<br><br>ZOOMIN.TV,  a Dutch company,<br><br>                              Defendant. | CASE NO. 15-CV-7158-GW-FFM<br><br>*Hon. George H. Wu*<br><br>**JOINT STATUS REPORT PURSUANT TO THE COURT'S MINUTES OF DEFENDANT ZOOMIN.TV'S MOTION TO DISMISS AND REQUEST FOR CONTINUANCE**<br><br>Current Hearing Date:<br>Date:         January 28, 2016<br>Time:         8:30 a.m.<br>Location:   Courtroom 10<br><br>Plaintiff's Proposed Hearing Date:<br>Date:         March 21, 2016<br>Time:         8:30 a.m.<br>Location:   Courtroom 10 |

Plaintiff Jukin Media, Inc. and Defendant Zoomin.TV pursuant to the Court's direction in the minutes from the hearing on Defendant Zoomin.TV's Motion to Dismiss hereby respectfully submit this joint status report.

On November 16, 2015, Defendant Zoomin.TV ("Defendant") filed a Motion to Dismiss ("Motion"). Dkt. 12. Plaintiff Jukin Media, Inc. filed an opposition to Defendant's Motion on November 23, 2015. Dkt. 17. On December 21, 2015, the Court continued the hearing on Defendant's Motion to January 28, 2016, and directed the parties to try to resolve the case. Dkt. 20.

<u>Plaintiff's Position</u>

Pursuant to the Court's direction, counsel for the parties discussed a potential resolution of this matter and whether mediation would be helpful. Counsel agreed to mediation and Defendant's counsel proposed Louis Meisinger as the mediator. Plaintiff contacted Mr. Meisinger for his availability and confirmed that he was not available until the week of March 7, 2016. Plaintiff's counsel confirmed Defendant's counsel and Plaintiff are available on March 10th for mediation and accordingly reserved March 10th with Mr. Meisinger. Plaintiff requests that the Court continue the hearing on Defendant's motion to dismiss, which is currently set for January 28, 2016, at 8:30 a.m., to March 21, 2016, so the parties can mediate and try to resolve this matter before the Court enters an order on the motion.

Plaintiff has always been willing to resolve this matter and tried numerous times to discuss a resolution before filing the lawsuit. Defendant continuously refused to discuss past infringements, like those in the litigation, or discuss a good faith resolution. After filing the litigation, Plaintiff again tried to discuss a resolution with Defendant, but Defendant refused to discuss payment for past infringements or any other compromise in this matter. Plaintiff also tried to resolve this matter after the Court directed the parties to discuss resolution, but Defendant again refused to discuss a compromise in good faith. Based on this past

experience, Plaintiff does not believe Defendant will mediate or act in good faith to resolve this case if the Court does not maintain jurisdiction over this matter.

Defendant's Position

When the case was filed, Plaintiff was only willing to mediate on conditions which were considered unreasonable and thus, unacceptable to Defendant. After the last hearing, Defendant had settlement discussions with Plaintiff's in-house counsel which were unproductive.  The approach Plaintiff took, in the period leading up to these proceedings, and the position Plaintiff took, after the last hearing, have led Defendant to believe that Plaintiff is not sufficiently motivated to discuss and settle this matter in good faith in the absence of a Court ruling incentivizing Plaintiff to take a reasonable position towards mediation. Defendant is still willing to mediate but believes, given the circumstances, that a reasonable settlement will be best achieved if the Court first rules on the Motion and then, Defendant and Plaintiff will mediate.  Consequently, Defendant wishes the Court to rule on the Motion.  Defendant thereafter commits to engage in mediation and believes it can mediate with Judge Louis M. Meisinger on March 10, 2016.

Dated: January 26 , 2016         VENABLE LLP

By: /s/Tamany Vinson Bentz
    Douglas C. Emhoff
    Tamany Vinson Bentz
    Schuyler B. Sorosky
    Attorneys for Plaintiff Jukin Media, Inc.

Dated: January 26, 2016          JOHNSON & JOHNSON LLP

By: /s/ Neville L. Johnson
    Neville L. Johnson
    Douglas L. Johnson
    James T. Ryan
    Jennifer Y. Ro
    Attorneys for Defendant Zoomin.TV