UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7158-GW(FFMx) | Date | January 28, 2016 |
|---|---|---|---|
| Title | *Jukin Media, Inc. v. Zoomin.TV* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Sheri S. Kleeger | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas C. Emhoff | Neville J. Johnson |
| | Jennifer Y. Ro |

**PROCEEDINGS:** DEFENDANT ZOOMIN.TV'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2), 12(b)(5) and 12(b)(6) [12]

Settlement is not reached. The Court orders the parties to continue mediation. Defendants Zoomin.TV's motion is continued to March 14, 2016 at 8:30 a.m.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |