Douglas C Emhoff (SBN 151049)
  Email: demhoff@venable.com
Tamany Vinson Bentz (SBN 258600)
  Email: tbentz@venable.com
Schuyler B. Sorosky (Cal Bar No. 265367)
  Email: sbsorosky@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>ZOOMIN.TV,  a Dutch company,<br><br>                    Defendant. | CASE NO. 15-CV-7158-GW-FFM<br><br>*Hon. George H. Wu*<br><br>**JOINT STIPULATION OF DISMISSAL** |

JOINT STIPULATION OF DISMISSAL

1    IT IS HEREBY STIPULATED and agreed by and between the parties
2 herein, that they have reached a settlement agreement, signed March 10, 2016, and
3 the within action against Zoomin.TV shall be dismissed with prejudice pursuant to
4 Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its
5 own costs and fees.

7 Dated: March 11 , 2016         VENABLE LLP

                                By: /s/ Tamany Vinson Bentz
                                    Douglas C. Emhoff
                                    Tamany Vinson Bentz
                                    Schuyler B. Sorosky
                                    Attorneys for Plaintiff Jukin Media,
                                    Inc.

Dated: March 11, 2016           JOHNSON & JOHNSON LLP

                                By: /s/ Neville L. Johnson
                                    Neville L. Johnson
                                    Douglas L. Johnson
                                    James T. Ryan
                                    Jennifer Y. Ro
                                    Attorneys for Defendant Zoomin.TV

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# CERTIFICATE OF SERVICE

I, Arkisa Ward, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a legal assistant in the law firm of VENABLE LLP, and my office is located at 2049 Century Park East, Suite 2100, Los Angeles, CA 90067.

On March 11, 2016, I caused to be filed the following:

**JOINT STIPULATION OF DISMISSAL** with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Arkisa Ward*
Arkisa Ward