JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., | Case No. CV 15-7158-GW(FFMx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| ZOOMIN.TV, | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: March 14, 2016       BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE